UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, NC
JAN 18 2011
US DISTRICT COURT
WESTERN DISTRICT OF NC

| UNITED STATES OF AMERICA | ) | MISC. NO.: 3:11cr3-C |
| --- | --- | --- |
| V. | ) | ORDER TO SEAL INDICTMENT |

(1) ALBELARDO SALAZAR-AGUIRRE,
    also known as "Jorge Tamez-Gracia,"
    also known as "Chaparro,"
(2) CESAR VARGAS-TORRES,
    also known as "Cotono,"
    also known as "Cotonete"
(3) EDUARDO MOLINA-ESTRADA,
    also known as "Fidel"
(4) GERMAN ALEXANDER MENDOZA
(5) VICTOR DANIEL PINEDA-COTO
(6) JOSE ODIL CRUZ-GARCIA
(7) ASUNCION CAMPOS-MENDOZA
(8) JOSE DE JESUS GONZALEZ-ESTRADA
    also known as "Chewy"
(9) ALONZO ROMERO
(10) MARTIN AURELIANO SALAZAR-VELA
    also known as "Morris"

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Motion to Seal and this Order and Indictment be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order and Indictment be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 18 day of January, 2011.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE